**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 10, 2026

Abby Joe Duncan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

John McCann Waldron
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

     RE:  26-1415  Dennis Ball-Bey v. Kyle Chandler
            26-1419  Dennis Ball-Bey v. Kyle Chandler

Dear Counsel:

The district court clerk has transmitted notices of appeal in this matter, which we have docketed as an appeal and a cross-appeal. The cases have been assigned the caption and case numbers shown. Please include the caption and both case numbers on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

It appears from an examination of the docket entries that a timely filed post-judgment motion is pending before the district court. A notice of appeal filed after entry of judgment but before disposition of the post-judgment motion is **ineffective** until the entry of the order disposing of the last outstanding motion. A new notice of appeal is not required under Federal Rule of Appellate Procedure Rule 4(a)4 to perfect the appeal after disposition of the last outstanding motion **unless** the party seeks review of the ruling on the post-judgment motion. In such a case, an amended notice of appeal must be filed within the prescribed time. No additional fees shall be required for such filing.

Upon receipt of the ruling disposing of the last outstanding motion, this court will establish the appropriate briefing schedule. If you disagree with application of the Rule in this case, please advise this office within ten days of the date of this letter.

If you have any questions about the schedule or procedures in cross-appeals, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:    Alicia Anne Campbell
Clerk, U.S. District Court, Eastern District of Missouri
Daniel A. Dailey
Rachael Anne Hagan
Javad Mohammed Khazaeli
Robert T. Plunkert
Shannon White
Jermaine Wooten
James R. Wyrsch

District Court/Agency Case Number(s):  4:18-cv-01364-SPM
4:18-cv-01364-SPM

**Caption For Case Number: 26-1415**

Dennis Ball-Bey

  Plaintiff - Appellee

v.

Kyle Chandler, Police Officer, in his individual capacity

  Defendant - Appellant

Ronald E. Vaughn, Police Officer, in his individual capacity; Samuel Dotson, III, Former Police Chief; City of St. Louis

  Defendants

**Caption For Case Number: 26-1419**

Dennis Ball-Bey

  Plaintiff - Appellant

v.

Kyle Chandler, Police Officer, in his individual capacity

  Defendant - Appellee

Ronald E. Vaughn, Police Officer, in his individual capacity; Samuel Dotson, III, Former Police Chief; City of St. Louis

  Defendants

**Addresses For Case Participants:   26-1415**

Abby Joe Duncan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

John McCann Waldron
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

Alicia Anne Campbell
CAMPBELL LAW, LLC
Suite 202
222 S. Meramec Street
Saint Louis, MO  63105

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Daniel A. Dailey
KINGDOM LITIGATORS, INC.
Suite 108A
18154 Harwood Avenue
Homewood, IL  60430

Rachael Anne Hagan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Javad Mohammed Khazaeli
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

Robert T. Plunkert
PITZER & SNODGRASS
Suite 400
100 S. Fourth Street
Saint Louis, MO  63102

Shannon White
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. Tenth Street
Saint Louis, MO  63102-1116

Jermaine Wooten
LEGAL SOLUTIONS GROUP
10250 Halls Ferry Road
Saint Louis, MO  63136

James R. Wyrsch
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101