# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1415

Dennis Ball-Bey

Appellee

v.

Kyle Chandler, Police Officer, in his individual capacity

Appellant

Ronald E. Vaughn, Police Officer, in his individual capacity, et al.

No. 26-1419

Dennis Ball-Bey

Appellant

v.

Kyle Chandler, Police Officer, in his individual capacity

Appellee

Ronald E. Vaughn, Police Officer, in his individual capacity, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-01364-SPM)

_____

**ORDER**

Appellant's/Cross-Appellee's motion for extension of time to file transcripts is denied as moot.

June 23, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler