**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Andrew D. Wheaton
**CC:** Alicia Anne Campbell
Daniel A. Dailey
Javad Mohammed Khazaeli
Robert T. Plunkert
Jonathan E. Taylor
John McCann Waldron
Jermaine Wooten
James R. Wyrsch

**DATE:** July 21, 2026

**RE:** 26-1415 Dennis Ball-Bey v. Kyle Chandler
26-1419 Dennis Ball-Bey v. Kyle Chandler

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

___X___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

___X___ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document
(App.______ R. Doc. ______ , at ______ .)
(App.______ R. Doc. ______ , at ______ Ex. _____.)

___X___ REFERENCES TO THE TRANSCRIPT.

___X___ References need to be directly to the transcript.

- It looks like you are referencing to the Jury Trial Transcripts which are R. Doc. 565 – 569, those references look to be alright by using Vol #. But we do like when counsel uses (Trial Tr. Vol. ___ at ___.) for example.
- When you reference PTC A and PTC B those look to be alright as well.
- At the top of page 25 of the PDF, you reference PT II at 7. I am not seeing where this transcript is located or if it is possibly labeled incorrectly in the brief. Not sure what R. Doc. number this is on.
- To make it easier, you can add a foot note in the brief at the beginning to explain how you are referring to the transcripts and other specific documents throughout the brief.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

JES