**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1415

Dennis Ball-Bey

Appellee

v.

Kyle Chandler, Police Officer, in his individual capacity

Appellant

Ronald E. Vaughn, Police Officer, in his individual capacity, et al.

No. 26-1419

Dennis Ball-Bey

Appellant

v.

Kyle Chandler, Police Officer, in his individual capacity

Appellee

Ronald E. Vaughn, Police Officer, in his individual capacity, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-01364-SPM)

---

**ORDER**

Appellant/Cross-Appellee's motion for extension of time to file the third brief is granted. Appellant/Cross-Appellee may have until December 2, 2026 to file the brief.

October 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler